389 A.2d 175

Commonwealth v. Menchey, Appellant.

Submitted March 14, 1977. H. Stanley Rebert, Assistant Public Defender, for appellant; Harry M. Ness, Assistant District Attorney, and Donald L. Reihart, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN, J., dissents based on *Commonwealth v. Riggins,* 474 Pa. 115, 377 A.2d 140 (1977).

WATKINS, former P. J., did not participate in the consideration or decision of this case.